IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JIMMY LEE DAVIS,  No. C 11-00878 CW (PR)

    Petitioner,  ORDER OF DISMISSAL WITHOUT PREJUDICE
  v.

STATE OF CALIFORNIA,

    Respondent.
_____/

    On February 24, 2011, Petitioner, a state prisoner, filed the present petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner filed a completed in forma pauperis application; however, he did not file copies of his certificate of funds and prisoner trust account statement. The Clerk of the Court notified Petitioner that his in forma pauperis application was deficient due to the failure to include a signed certificate of funds and a prisoner trust account statement for the previous six months. The Clerk sent a notice to Petitioner, informing him that his action could not go forward until he filed the necessary documents within thirty days, and that his failure to do so would result in dismissal of this action. More than thirty days have passed and Petitioner has not submitted a signed certificate of funds and a prisoner trust account statement.

    Accordingly, this action is DISMISSED WITHOUT PREJUDICE. Petitioner's in forma pauperis application is DENIED as incomplete. The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

Dated: 4/15/2011

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JIMMY LEE DAVIS,

    Plaintiff,

v.

STATE OF CALIFORNIA et al,

    Defendant.

Case Number: CV11-00878 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 15, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jimmy Lee Davis #10685370
850 Bryant St.
San Francisco, CA 94103

Dated: April 15, 2011

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk